UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TOD PATRICK CRAVENS,<br><br>  Plaintiffs,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br><br>  Defendants. | Case No.  13-cv-00070-NJV<br><br>**ORDER REQUIRING ADDITIONAL BRIEFING** |

In her September 22, 2011 decision, the Administrative Law Judge states that she gives "great weight to the December 2010 opinion of the Disability Determination Services medical examiner (exhibit 12F)." AR 39.  Exhibit 12F consists of a request for records from the Department of Social Services to the Eureka Community Health Center, and the records responsive to that request.  The only exhibits listed in the Court Transcript Index with a December 2010 date are 9B (Representative Fee Agreement), 10B (Request for Rehearing), 11B (Acknowledgment), 12E (Disability Report – Field Office), 13E (Disability Report – Appeal), and 14E (Report of Contact).  The only opinions the undersigned has found in the record by a DDS medical examiner are dated July 2010.  *See* AR 314-318, 321-324.

Within ten days of this order, Defendant shall identify where in the record the December 2010 opinion of the DDS examiner is located, or what document the ALJ was referring to.

**IT IS SO ORDERED**.

Dated: September 25, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge